UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **15-1664**    Caption [use short title]

Motion for: **Extension of Time to Perfect his Appeal.**    **Elliott v. Snorac LLC**

Set forth below precise, complete statement of relief sought:

**Appellant seeks an extension of time to perfect his appeal. Counsel for the Appellant just finished a double murder trial which started 8/3/15 and finished 8/14/15. Additionally, the parties are still engaged in court ordered mediation. Consequently a 2 week extension is requested.**

MOVING PARTY: **Appellant/Plaintiff**    OPPOSING PARTY: **Snorac LLC**
[✔] Plaintiff    [ ] Defendant
[ ] Appellant/Petitioner    [ ] Appellee/Respondent

MOVING ATTORNEY: **Van Henri White**    OPPOSING ATTORNEY: **Todd R. Shinaman, Esq.**
[name of attorney, with firm, address, phone number and e-mail]

Van Henri White                                 Todd R. Shinaman, Esq.
18 Grove Place, Rochester, NY 14605             1300 Clinton Square, Rochester, NY 14604
van.white@thelegalbrief.com 585-305-2858        tshinaman@nixonpeabody.com; 585-278-6454

Court-Judge/Agency appealed from: **The Honorable Michael A. Telesca Western District of New York**

Please check appropriate boxes:    FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:

Has movant notified opposing counsel (required by Local Rule 27.1):    Has request for relief been made below? [ ] Yes [ ] No
[✔] Yes [ ] No (explain):                                              Has this relief been previously sought in this Court? [ ] Yes [ ] No
                                                                       Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[✔] Unopposed [ ] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [✔] No [ ] Don't Know

Is oral argument on motion requested?  [ ] Yes [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✔] No  If yes, enter date: _____

Signature of Moving Attorney: _____ Date: **8/19/15**   Service by: [✔] CM/ECF  [✔] Other [Attach proof of service]

Form T-1080 (rev. 12-13)