# EXHIBIT 1

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the _____ day of September, two thousand and fifteen,

_____

Bruce Elliott,

              Plaintiff-Appellant,

v.

Snorac, LLC, Enterprise Holdings, Inc., John Doe, Jane Doe,

              Defendants-Appellees.

**STIPULATION**
Docket Number:  15-1664

_____

The undersigned counsel for the parties stipulate that the above-captioned case should be dismissed with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).


Date:   9/25/15 _____

_____ /s/ Van Henry White _____
        Van Henri White
        Law Offices of Van Henri White
        18 Grove Place
        Rochester, New York 14605
        _Attorney for Appellant_


Date:   9/28/15 _____

_____ /s/ Todd R. Shinaman _____
        Todd R. Shinaman
        Nixon Peabody LLP
        1300 Clinton Square
        Rochester, NY 14604
        _Attorney for Appellee_


4839-2805-3800.2